**Ava Maureen SAWYER, Plaintiff–Appellant,**

v.

**CIRCUIT COURT OF FAIRFAX COUNTY, Virginia; Arthur B. Vieregg, Jr., The Honorable; David T. Stitt, The Honorable; Circuit Court of Frederick County, Virginia; Arthur Sinclair, The Honorable; Circuit Court of Warren County; Dennis Hupp, The Honorable; The Supreme Court of Virginia; Justices of the Supreme Court of Virginia; Clarence G. Williams, Jr., Sheriff; Robert T. Williamson, Sheriff; Estate of Preston Conner; Dean S. Worcester, Defendants–Appellees.**

No. 03–1631.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 3, 2003.

Ava Maureen Sawyer, Appellant Pro Se. James Christian Stuchell, Office of the Attorney General of Virginia, Richmond, Virginia; Robert A. Dybing, Thompson & McMullan, Richmond, Virginia; John David Griffin, Fowler, Griffin, Coyne & Coyne, P.C., Winchester, Virginia, for Appellees.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ava Maureen Sawyer appeals the district court's order denying her motion for a preliminary injunction in her civil action attacking a Virginia circuit court judgment against her. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. *See Sawyer v. Circuit Court of Fairfax County*, No. CA–03–258–A (E.D. Va. filed Apr. 9, 2003; entered Apr. 17, 2003.) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*